# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 13 |
| | ) Case No.: 16-10034 (BLS) |
| Lamotte Marshall | ) |
| | ) |
| Debtor. | ) Ref. No: 99 |

### NOTICE OF WITHDRAWAL OF THE THIRD MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Lamotte Marshall, by and through his attorney, Cynthia L. Carroll, hereby withdraws the Third Motion to Modify Confirmed Chapter 13 Plan filed on April 30, 2019.

Respectfully Submitted,

**CYNTHIA L. CARROLL, P.A.**

/s/ Cynthia L Carroll
Cynthia L. Carroll, Esquire
262 Chapman Road, Suite 108
Newark DE  19702
302-733-0411 (Telephone)
302-733-0511 (Facsimile)

Date: April 30, 2019            Attorney for Debtor